IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARNELL WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| DAVID DIGUGLIELMO, ET AL. | : | NO. 08-4160 |

**O R D E R**

**AND NOW**, this 20th day of May, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), all attendant and responsive briefing, review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and consideration of Petitioner's Objections to the Report and Recommendation and Respondent's Response thereto, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED** as set forth in our Memorandum of this date;

3. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**;

4. There is no basis for the issuance of a certificate of appealability;

5. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.